No. 84–861. NATIONAL LABOR RELATIONS BOARD *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. 4th Cir. [Certiorari granted, 469 U. S. 1188.] Motion of respondents New York Shipping Association, Inc., et al. for divided argument granted. Motion of the Solicitor General for divided argument granted.

No. 84–978. EXXON CORP. ET AL. *v.* HUNT, ADMINISTRATOR OF NEW JERSEY SPILL COMPENSATION FUND, ET AL. Appeal from Sup. Ct. N. J. The Solicitor General is invited to file a brief in this case expressing the views of the United States. ·

No. 84–5636. ALCORN *v.* SMITH, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

*Certiorari Denied.* (See also Nos. 84–1092 and 84–5912, *supra.*)

No. 83–1747. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE *v.* ROSE. C. A. 6th Cir. Certiorari denied.

No. 83–2052. TEL-OREN, AS FATHER, ON BEHALF OF THE DECEASED, TEL-OREN, ET AL. *v.* LIBYAN ARAB REPUBLIC ET AL. C. A. D. C. Cir. Certiorari denied.

No. 84–177. ILLINOIS *v.* HAMMOCK. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 84–256. WILLIAMS *v.* UNITED STATES;
No. 84–292. O'MALLEY ET AL. *v.* UNITED STATES; and
No. 84–585. LOMBARDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–587. D'ANTIGNAC *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 84–590. RED STAR MARINE SERVICES, INC. *v.* DONOVAN, SECRETARY OF LABOR. C. A. 2d Cir. Certiorari denied.